UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORACLE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:18-cv-03440 <br> ) <br> ) <br> ) **RULE 7.1 STATEMENT** <br> ) <br> ) |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oracle Corporation (a private non-governmental party) hereby certifies that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       April 19, 2018

By: _/s/ Robin L. Cohen_____
    Robin L. Cohen

Attorney Bar Code: _____RC0815_____