# AFFIDAVIT OF SERVICE

*UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK*

Case No. *1:18-cv-03440-GHW*

*ORACLE CORPORATION,*

        *Plaintiff,*

  *-against-*

*CHARTIS SPECIALTY INSURANCE COMPANY,*

        *Defendant*

*State Of New York, County of New York SS:*
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **23rd** day of **APRIL, 2018** at: **12:39 PM**

At: **80 PINE STREET, NEW YORK, NEW YORK 10038**

Deponent served the: **SUMMONS IN A CIVIL ACTION, COMPLAINT – JURY TRIAL DEMANDED, EXHIBITS A – B, CIVIL COVER SHEET, STATEMENT 7.1**

Upon:   **CHARTIS SPECIALTY INSURANCE COMPANY**

    **PERSONAL SERVICE ON A CORPORATION**
    A corporation, by delivering thereat a true copy to **STEPHANIE BALDELLI (PARALEGAL)** personally, who stated that she is the said individual *Authorized to Accept Service* on behalf of **CHARTIS SPECIALTY INSURANCE COMPANY**

    **DESCRIPTION** – Deponent describes the individual served as follows:
    Sex: **FEMALE** Color: **WHITE** Hair: **BLONDE** App. Age: **35** App. Ht. **5'6"** App. Wt. **145 lbs.**
    Other identifying features:

Subscribed and sworn to before
me this **24th** day of **APRIL, 2018**

*[signature]*
JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2016  2020

*[signature]* Dominik Przybyly
**DOMINIK PRZYBYLO # 2069153-DCA**

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

_____Case No. 1:18-cv-03440-GHW

ORACLE CORPORATION,

                  **Plaintiff,**

-against-

CHARTIS SPECIALTY INSURANCE COMPANY,

               **Defendant**

_____

**State Of New York, County of New York SS:**
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **20**<sup>th</sup> day of **APRIL, 2018** at: **4:31 PM**

At: **ONE STATE STREET, 20**<sup>th</sup> **FLOOR, NEW YORK, NEW YORK 10004**

Deponent served the: **SUMMONS IN A CIVIL ACTION, COMPLAINT – JURY TRIAL DEMANDED, EXHIBITS A – B, CIVIL COVER SHEET, STATEMENT 7.1, LETTER DATED APRIL 20**<sup>th</sup> **2018**

Upon:    **SUPERINTENDENT OF FINANCIAL SERVICES – NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES**

          **PERSONAL SERVICE ON A CORPORATION**
          A corporation, by delivering thereat a true copy to **MICHELLE BIRNBAUM (LEGAL ASSISTANT)** personally, who stated that she is the said individual _Authorized to Accept Service_ on behalf **SUPERINTENDENT OF FINANCIAL SERVICES – NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES**

          **DESCRIPTION** – Deponent describes the individual served as follows:
          Sex: **FEMALE** Color: **WHITE** Hair: **BROWN** App. Age: **40** App. Ht. **5'5"** App. Wt. **190 lbs.**
          Other identifying features:

          Subscribed and sworn to before
          me this **24**<sup>th</sup> day of **APRIL, 2018**

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2020
Commission Expires June 14, 2016

**DOMINIK PRZYBYLO # 2069153-DCA**

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200