```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
   ORACLE CORPORATION,                                :
                                                                :
                                                                :
                                                                :
                                                Plaintiff,      :         1:18-cv-3440-GHW
                                                                :
                        -v-                                     :
                                                                :         ORDER
                                                                :
   CHARTIS SPECIALTY INSURANCE                         :
   COMPANY,                                            :
                                                                :
                                                                :
                                                Defendant.      :
                                                                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On April 19, 2018, Plaintiff initiated this action, seeking a declaratory judgment and damages incurred by Defendant's alleged breach of contract. In issue are two insurance policies, which Plaintiff filed as exhibits to the complaint. Each of those policies contains redacted information. On April 25, 2018, Plaintiff submitted unredacted versions of those policies to the Court via email. It appears that the only information that Plaintiff has redacted in the policies filed on the public docket is information revealing the applicable policy limits and premiums.

      Pursuant to Rule 4(A)(i) of the Court's Individual Rules of Practice in Civil Cases, information that falls within one of the categories of sensitive information listed in Rules 21.3 and 21.4 of the ECF Rules and Instructions for this district may be redacted without Court approval. In all other cases, however, leave of Court is required prior to filing documents in redacted form. Therefore, Plaintiff is directed, no later than May 2, 2018, to either (1) file an application seeking leave to file the insurance policies with redactions in full compliance with the Court's Individual Rule 4(A)(ii), or (2) file the exhibits in unredacted form on the public docket.

2

Plaintiff is further directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: April 25, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2