UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

ORACLE CORPORATION            :        Civil Action No. 1:18-cv-03440-GHW
                                     :
                 Plaintiffs,       :
                                     :
      -v-                            :
                                     :
CHARTIS SPECIALTY INSURANCE     :
CORPORATION,                       :
                                     :
                Defendants.     :

-------------------------------------------------- X

**APPEARANCE OF COUNSEL**

TO:     The Clerk of Court and all parties of record

       I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as a counsel for Defendant, Chartis Specialty Insurance Corporation.


Dated:  May 4, 2018


                        By:____*/s/ Robert Novack*____
                             Robert Novack

                        Bressler, Amery & Ross, P.C.
                        17 State Street
                        New York, NY 10004
                        (212) 425-9300
                        *Attorneys for Defendant,*
                        *Chartis Specialty Insurance Corporation*

## CERTIFICATION OF SERVICE

I hereby certify that on May 4, 2018, a true copy of the within Notice of Appearance of Robert Novack was served, pursuant to the Federal Rules of Civil Procedure, the Southern District of New York's Local Rules and/or the Southern District of New York's ECF Policies and Procedures via ECF filing to plaintiff's counsel of record as follows:

> Adam S. Ziffer, Esq.
> McKool Smith, P.C.
> One Bryant Park – 47th Floor
> New York, New York  10036

Dated:  May 4, 2018                           */s/ Robert Novack*
                                               Robert Novack