UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ORACLE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:18-cv-3440 (GHW) |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| CHARTIS SPECIALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as of this date Adam S. Ziffer, of the law firm McKool Smith, P.C., with offices at One Bryant Park, 47th Floor, New York, New York 10036, hereby appears as counsel for plaintiff Oracle Corporation, in the above-entitled proceeding.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated:  May 7, 2018                                                              Respectfully Submitted,


                                                                                 */s/ Adam S. Ziffer*
                                                                                 Adam S. Ziffer
                                                                                 One Bryant Park, 47th Floor
                                                                                 New York, New York 10036
                                                                                 Telephone: (212) 402-9800
                                                                                 Facsimile:  (212) 402-9444
                                                                                 aziffer@mckoolsmith.com