THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ORACLE CORPORATION,**<br><br>        **Plaintiff,**<br><br>   **v.**<br><br>**CHARTIS SPECIALTY INSURANCE COMPANY,**<br><br>        **Defendant.** | Civil Action No. 1:18-cv-3440 (GHW)<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and exhibits, and upon all pleadings and papers previously filed herein, Plaintiff Oracle Corporation, by and through its undersigned counsel, will move this Court for partial judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

Dated: July 19, 2018

        */s/ Robin L. Cohen*

        Robin L. Cohen
        rcohen@mckoolsmith.com
        Adam S. Ziffer
        aziffer@mckoolsmith.com
        Jillian M. Raines
        jraines@mckoolsmith.com
        McKool Smith, P.C
        One Bryant Park, 47th Floor
        New York, NY 10036
        Telephone: (212) 402-9400
        Facsimile:  (212) 402-9444

        *Attorneys for Plaintiff Oracle Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 19, 2018.

<em>/s/ Adam Ziffer</em>