# HIRSCHORN DECLARATION

## EXHIBIT 1

Case 1:18-cv-03440-GHW   Document 42-1   Filed 07/19/18   Page 2 of 3



AIG Property Casualty
Financial Lines Claims
175 Water Street
New York, NY 10038
www.aig.com

Marissa Olsen
Complex Claim Director
Network Security/Media/Tech

T  212.458.1409
F  866.958.0899
Marissa.olsen@aig.com

Correspondence Address:
AIG
Financial Lines Claims
P.O. Box 25947
Shawnee Mission, KS 66225

August 18, 2014

**Via Electronic Mail**

Bruce Cochran, Ph.D.
Director, Corporate Finance/Risk Management
Oracle Treasury
500 Oracle Parkway
M/S 5OP664
Redwood Shores, CA 94065

Bruce.cochran@oracle.com

    Re:    Insured:    Oracle Corporation
            Claimant:    Cover Oregon
            Policy No.:  01-842-68-53
            Claim No.:  4326241466US

Dear Mr. Cochran:

AIG Property Casualty ("AIG") is the claims administrator handling claims arising under insurance policy number 01-842-68-53 issued to Oracle Corporation ("Oracle" or the "Insured") by Chartis Specialty Insurance Company ("CSIC"), a member underwriting company of AIG. Please be advised that I am the adjuster handling this claim and all future correspondence should be directed to my attention. The purpose of this letter is to advise you of our position with respect to coverage for the subject claim.

CSIC policy 01-842-68-53 has effective dates of March 31, 2013 to March 31, 2014. The Policy provides Limits of Liability, including claim expenses, of ███████ for each claim and in the aggregate, and is excess of Beazley Syndicates ("Beazley") primary policy number B0509QF009013 with limits of ███████. Subject to the terms and conditions set forth in the endorsements and the rights contained therein, CSIC policy 01-842-68-53 follows form to the Beazley policy issued to Oracle.

The aforementioned CSIC policy shall be excess over any other valid and collectible insurance, self-insurance or indemnification available to the insured, whether such insurance or indemnification is stated to be primary, contributory, excess, contingent, self-insured or otherwise, unless such other insurance is written only as specific excess insurance over the limits of liability of this policy.

We respectfully request that you provide us with a) copies of the coverage letters issued by Beazley, as the primary insurer, as well as b) information regarding the status of this claim, including any status reports drafted by Beazley or defense counsel. Also, we ask that you keep us apprised as this matter progresses.

In the interim, 01-707-82-03 AIG specifically reserves all rights under the aforementioned Policy, including the right to amend or supplement its position as set forth herein upon receipt of further information and documentation.



Should you have any questions or concerns, please do not hesitate to contact me at 212.458.1409.

Very truly yours,

*Marissa Olsen*

Marissa Olsen
Director, Complex Claims

cc:     Deborah Miller (via email only- deborah.miller@oracle.com)

Erica Sweetman (via email only – erica.sweetman@marsh.com)

Drew Neessen (via email only- drew.d.neessen@marsh.com)