# HIRSCHORN DECLARATION

# EXHIBIT 3

| | |
|---|---|
| From: | Deborah Miller <deborah.miller@oracle.com> |
| Sent: | Wednesday, March 08, 2017 5:13 PM |
| To: | Hirschorn, Deborah |
| Cc: | Peggy Bruggman |
| Subject: | Cover Oregon defense costs |

Hi Deborah -- when we spoke on February 24, you indicated that you would let us know the following week what progress you had made in evaluating our claim for defense costs. Please let us know the status, and if you need any additional information from Oracle. You now have the relevant settlement agreements that you requested. Thanks.

--
ORACLE

Deborah Miller | Vice President, Associate General Counsel
Phone: +16505060563
Oracle Legal Department
500 Oracle Parkway | Redwood Shores, CA 94065


Oracle is committed to developing practices and products that help protect the environment

1