# HIRSCHORN DECLARATION

# EXHIBIT 4

| | |
|---|---|
| From: | Deborah Miller <deborah.miller@oracle.com> |
| Sent: | Monday, June 12, 2017 1:00 PM |
| To: | Hirschorn, Deborah |
| Cc: | Peggy Bruggman; Bruce Cochran (bruce.cochran@oracle.com); Sweetman, Erica; Brew, Damian |
| Subject: | Re: Review of counsel bills in Cover Oregon |
| Attachments: | ATT00001.gif; ATT00002.gif; oracle_sig_logo.gif; green-for-email-sig_0.gif |

Hello Deborah -- Could you please let me know the status of your review? It's now been three months since you have had the bills. Thanks.

On 4/28/2017 4:14 AM, Hirschorn, Deborah wrote:
Hi Deborah,

As I advised Damian Brew, we are still reviewing the documents. I am sure you can appreciate that this is a huge undertaking. I hope to provide an update soon as to our progress.

Best regards,

Deborah

Sent from my iPhone

On Apr 27, 2017, at 7:32 PM, Deborah Miller <<mailto:deborah.miller@oracle.com>deborah.miller@oracle.com<mailto:deborah.miller@oracle.com>> wrote:

Hello Deborah, when I sent the note below, you were on vacation and returning on April 18. Could you please let me know where we stand regarding reimbursement of Oracle's outside counsel fees in the Cover Oregon matter? The carrier above AIG in our tower is now asking us whether we will be making a claim, and I cannot answer that question until I hear from AIG. Thank you.

On 4/10/2017 10:19 AM, Deborah Miller wrote:
Hello Deborah, it's been three weeks since you advised that Davis Wright Tremaine would be reviewing our outside counsel bills in the Cover Oregon matter. Could you kindly let me the status of the review, and when we might expect to receive AIG's response to our request for reimbursement? Thank you.
--
<mime-attachment.gif><https://protect-us.mimecast.com/s/ELDkCo2O4ZiOMLzH1-yXi?domain=oracle.com>
Deborah Miller | Vice President, Associate General Counsel
Phone: +16505060563<tel:+16505060563>
Oracle Legal Department
500 Oracle Parkway | Redwood Shores, CA 94065 <mime-attachment.gif><https://protect-us.mimecast.com/s/BVbACpYz5ZuYGN8CDVWeg?domain=oracle.com> Oracle is committed to developing practices and products that help protect the environment

--

[Oracle]<https://protect-us.mimecast.com/s/ELDkCo2O4ZiOMLzH1-yXi?domain=oracle.com>
Deborah Miller | Vice President, Associate General Counsel
Phone: +16505060563<tel:+16505060563>

1

Oracle Legal Department
500 Oracle Parkway | Redwood Shores, CA 94065
[Green        Oracle]<https://protect-us.mimecast.com/s/BVbACpYz5ZuYGN8CDVWeg?domain=oracle.com> Oracle is committed to developing practices and products that help protect the environment

--

[Oracle]<https://protect-us.mimecast.com/s/ELDkCo2O4ZiOMLzH1-yXi?domain=oracle.com>
Deborah Miller | Vice President, Associate General Counsel
Phone: +16505060563<tel:+16505060563>
Oracle Legal Department
500 Oracle Parkway | Redwood Shores, CA 94065
[Green        Oracle]<https://protect-us.mimecast.com/s/BVbACpYz5ZuYGN8CDVWeg?domain=oracle.com> Oracle is committed to developing practices and products that help protect the environment

2