USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/18

**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ORACLE CORPORATION,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**CHARTIS SPECIALTY INSURANCE COMPANY,**<br><br>        **Defendant.** | **MEMORANDUM ENDORSED**<br><br>Civil Action No. 1:18-cv-3440 (GHW) |

## APPLICATION TO REDACT TRANSCRIPT

For the reasons set forth herein, Plaintiff Oracle Corporation ("Plaintiff"), by and through its undersigned counsel, submits this application seeking redactions to the transcript of the status conference held before Your Honor in the above-captioned matter on June 26, 2018. The requested redactions pertain to two categories of information: (1) limits of liability and retentions in the underlying AIG and Beazley Policies annexed to Plaintiff's Complaint in this action (the "Policies"), and (2) references to the amount and breakdown of defense costs incurred by Oracle in the Cover Oregon Lawsuits.[1]

On April 27, 2018, Plaintiff sought leave, with Defendant's consent, to file the Policies at issue in this litigation as exhibits to its Complaint with redactions to information revealing the Policies' premiums and limits. (Dkt. # 8.) This Court granted that request in an Order dated April 30, 2018, concluding that "[w]eighing the low relevance of the insurance premiums and policy limits to Plaintiff's claims against the privacy interests of the insurers, the Court finds that

---

[1] The term "Cover Oregon Lawsuits" has the same meaning as in Plaintiff's Complaint.

the interests of the insurers outweigh the presumption of public access at this stage in the litigation." (Dkt. # 9.)

On July 19, 2018 Plaintiff sought leave, with Defendant's consent, to file Exhibit B to its Motion for Partial Judgment on the Pleadings with redactions to information relating to the Policies' premiums, limits of liability, and self-insured retention. (Dkt. # 38.) Plaintiff also sought leave to redact information relating to defense costs incurred in the Cover Oregon Lawsuits. (*Id.*) This Court granted that request in an Order dated July 20, 2018. (Dkt. # 45.)

The transcript of the June 26, 2018 status conference includes information relating to limits of liability, Plaintiff's self-insured retention, and defense costs incurred by Plaintiff in the Cover Oregon Lawsuits.[2] For the reasons stated in Plaintiff's prior applications (Dkt. # 8 and 38), and based on Your Honor's prior Orders of April 30, 2018 and July 20, 2018 (Dkt. # 9 and 45), Plaintiff requests that this information be redacted from the transcript of the June 26, 2018 conference. Exhibit A to this application is a copy of the June 26, 2018 transcript with proposed redactions. Defendant consents to this request.

Dated: July 27, 2018

McKool Smith, P.C.

By: _____
Robin L. Cohen
(rcohen@mckoolsmith.com)
Adam S. Ziffer
(aziffer@mckoolsmith.com)
Jillian M. Raines
(jraines@mckoolsmith.com)
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
*Attorneys for Plaintiff Oracle Corporation*

Application granted. For the reasons stated in the Court's April 30, 2018 and July 20, 2017 orders (Dkt. Nos. 9, 45), Plaintiff is granted leave to file a redacted version of the transcript of the June 26, 2018 conference, with the redactions proposed in the exhibit to Plaintiff's July 27, 2018 letter (Dkt. No. 48).

SO ORDERED.

Dated: July 30, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge