UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORACLE CORPORATION,

               Plaintiff,

- vs.-

CHARTIS SPECIALTY INSURANCE COMPANY,

               Defendant.

Civil Action No. 1:18-cv-03440-GHW

**CERTIFICATION OF SERVICE**

I hereby certify that on August 16, 2018, true copies of the (i) Declaration of Deborah Hirschorn dated August 9, 2018 (with Exhibit 1 attached thereto), and (ii) Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Partial Judgment on the Pleadings, dated August 16, 2018, were served, pursuant to the Federal Rules of Civil Procedure, the Southern District of New York's Local Rules and/or the Southern District of New York's Electronic Case Filing Rules & Instructions via ECF filing to all counsel of record.

Date: August 16, 2018

                                  /s/ *Charles W. Stotter*
                                    Charles W. Stotter

4964831